IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 31 2009

W. YVONNE EVANS,
CLERK

BY:_____
DEPUTY CLERK

| | |
|---|---|
| WALTER GEORGE UHLMAN<br>XXX-XX-9225<br>    Plaintiff,<br>SANDRA LYNN UHLMAN<br>XXX-XX-5221<br>    Vs.<br>MOHELA, U.S. DEPARTMENT OF EDUCATION,<br>WELLS FARGO, AES/NCTREINSURANCE DEPT,<br>SALLIE MAE<br>    Defendants | ) <br>) <br>) Case No. 08-21722<br>) Chapter 7<br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**Plaintiff's First Amendment on Complaint For Hardship Discharge of Student Loans Pursuant to 11USC 523 (A) (8)**

NOW COMES, Plaintiff Sandra Lynn Uhlman by and through her legal counsel, Bob J Phillips who files this first amendment to her adversarial complaint and respectfully shows as follows:

1.

That this joint petition in Chapter 7 was originally filed on June 30, 2008 and a discharge was granted to these Debtor's on October 20, 2008.

2.

That this Complaint for Hardship Discharge in which student loan debts pursuant to 11USC 523 (A) (8) was filed on September 21, 2008 and is pending in this Court.

3.

That on October 25, 2008 Plaintiff (Debtor) Walter George Uhlman died. See true and correct copy of death certificate attached as Exhibit "1".

4.

That as a result of the death of Walter George Uhlman, he is no longer a party to this adversarial proceeding and has left no estate to pay these debts.

5.

That all of the allegations of the original Complaint are hereby reaffirmed and realleged or if fully set out herein.

Wherefore Sandra Lynn Uhlman prays:

1. For this amendment to be filed and considered;

2. For the Complaint to go forward with her as the sole Plaintiff;

3. For any other relief that this Court deems just;

Respectfully submitted this 28th day of December, 2008

Bob J. Phillips
Attorney for Plaintiff
Georgia Bar No. 576702

327 Dahlonega Street, Ste 104
Cumming, Georgia 30040
(770) 205-1922



*[Page contains an upside-down Certificate of Death from the State of Georgia for Walter George Uhlman]*

# CERTIFICATE OF RECORD

**THIS IS AN EXACT COPY OF THE DEATH CERTIFICATE RECEIVED FOR FILING IN FORSYTH COUNTY, GEORGIA.**

Signed by: Matthew Philstrand (Local Custodian)
County of Forsyth
Date: 11-18-08

## CERTIFICATE OF DEATH / STATE OF GEORGIA

**DECEASED**
- 1a. Decedent's Name: Walter George Uhlman
- 1b. If female, maiden last name: —
- 2. Sex: Male
- 3. Date of Death: 10-25-2008
- 4. Race: White
- 5. Origin of Decedent: American
- 6. Date of Birth: 10-10-1951
- 7a. Age: 57
- 8a. City, Town or Location of Death: Cumming
- 8b. Hospital or Other Institution Name: Residence - 6220 Weldon Drive
- 8c. If Hospital or Other Inst.: Hospice Case
- 9. County of Death: Forsyth
- 10a. State and County of Birth: Ardmore, PA
- 10b. Citizen of What Country: USA
- 11. Married / Never Married / Widowed / Divorced: Married
- 12. Spouse: Sandra Mack
- 13. Was Decedent Ever in U.S. Armed Forces: Yes
- 14. Social Security Number: 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
- 15a. Usual Occupation: Sales
- 15b. Kind of Industry or Business: Heating & Air
- 16a. Residence-State: Georgia
- 16b. County: Forsyth
- 16c. City, Town or Location: Cumming
- 16d. Street and Number and Zip Code: 6220 Weldon Drive
- 16e. Inside City Limits: No

**PARENTS**
- 17. Father's Name: Walter George Uhlman
- 18. Mother's Maiden Name: Eleanor Fiorella

**INFORMANT**
- 19a. Informant's Name: Sandra Uhlman
- 19b. Mailing Address: 6220 Weldon Dr. Cumming, GA 30040
- 19c. Relationship: Wife

**DISPOSITION**
- 20a. Burial, Cremation, Removal: Removal
- 20b. Disposition Date: 10-25-2008
- 20c. Cemetery or Crematory Name: Med-Cure
- 20d. Location: Multnomah Portland, Or
- 21a. Funeral Director: Marty L. Byars
- 21b. Fun. Dir. License No.: 4573
- 21c. Name and Address of Facility: Byars Funeral Home, 155 Professional Park Drive, Cumming, Georgia 30040
- 21d. Est. License No.: 1614
- 21e. Embalmer: N/A

**CAUSE OF DEATH**
- 23. Immediate Cause: No Embalming
- Part I:
  - A. Cardiopulmonary Arrest
  - B. Metastatic Neuroendocrine Tumor
  - C.
- 24. Other Significant Conditions: —
- 25a. Was Operation Performed: No
- 26a. Accident, Suicide, Homicide, Undetermined: Natural
- 26b. Date of Operation: —
- 26c. Date of Injury: —
- 26d. Describe How Injury Occurred: —
- 26e. Hour of Death: 1:30 PM
- 27. Injury at Work: No
- 28a. Place of Injury: —
- 28b. Location: —

**CERTIFIER**
- 29a. To the best of my knowledge... (Signature and Title): [signature]
- 29b. Date Signed: 11/7/8
- 29c. Hour of Death: 1:30 pm
- 29d. Hour Pronounced Dead: —
- 30. Autopsy: No
- Name, Title, and License No. of Certifier: DR. SREEKANTH REDDY, Phys. 036670
- 31a. Address of Certifier: 5670 Peachtree-Dunwoody Rd Ste 100, Atlanta, GA 30342 #1100

**REGISTRAR**
- 22a. [signature]
- 22b. Date Received by Registrar: NOV 18 2008

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

## GAINESVILLE DIVISION

| | |
|---|---|
| WALTER GEORGE UHLMAN, <br> XXX-XX-9225 <br>     Plaintiff, <br> SANDRA LYNN UHLMAN <br> XXX-XX-5221 <br>     VS. <br><br> MOHELA, U.S. DEPARTMENT OF EDUCATION, <br> WELLS FARGO, AES/NCTREINSURANCE DEPT, <br> SALLIE MAE <br><br>     Defendants | Case No. 08-21722 <br><br> Chapter 7 |

## CERTIFICATION OF SERVICE

This is to certify that I have this day served Plaintiff's Council in the foregoing matter with copy of the **Plaintiff's First Amendment on Complaint For Hardship Discharge of Student Loans Pursuant to 11USC 523 (A) (8)** by depositing said copy in the United States Mail in a properly addressed envelope with adequate postage thereon as follows:

        Mohela
        633 Spirit Drive
        P.O. Box 414
        Chesterfield, MO 63005

        U.S. Department of Education
        P.O. Box 4609
        Utica, NY 13504

        Wells Fargo
        Attn: Collection Servicing
        1st Floor M, 1 Home Campus
        Des Moines, IA 50328

        Aes/NCT Reinsurance Department
        Unit 120 N 7th
        St. Harrisburg, PA 17102

Sallie Mae 3rd Pty Lsc
Claims Dept
P.O. Box 9400
Wilkes Barre, PA 18773

This the 29TH day of DECEMBER, 2008.

Bob J. Phillips
Attorney for Plaintiff
Georgia Bar No 576702

B. Phillips & Associates PC
327 Dahlonega St
Suite 104
Cumming, GA  30040
770-205-1922