UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In Re: | : |
| | : Case No. 08-21722 |
| WALTER GEORGE UHLMAN | : |
| and SANDRA LYNN UHLMAN, | : |
| | : |
|    Debtors. | : |
| | : |
| WALTER GEORGE UHLMAN | : |
| and SANDRA LYNN UHLMAN, | : |
| | : Adv. Case No. 08-02069 |
|   Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| U.S. DEPARTMENT OF ED; | : |
| WELLS FARGO; MOHELA; | : |
| AES/NCT REINSURANCE DEPT | : |
| SALLIE MAE; EDUCATIONAL CREDIT | : |
| MANAGEMENT CORPORATION, | : |
| | : |
|    Defendants. | : |

## **ANSWER**

COMES NOW, Educational Credit Management Corporation ("ECMC"), Defendant in the above-captioned action and files its Answer to Plaintiff's First Amendment on Complaint and states as follows:

1.

ECMC admits the allegations contained in paragraph 1 of Plaintiff's First Amendment to Complaint.

2.

ECMC admits the allegations contained in paragraph 2 of Plaintiff's First Amendment to Complaint.

3.

Defendant ECMC is without knowledge or information sufficient to form a belief as to the truth of the matters set forth in paragraph 3 of Plaintiff's First Amendment to Complaint and therefore, can neither admit nor deny the same.

4.

Defendant ECMC is without knowledge or information sufficient to form a belief as to the truth of the matters set forth in paragraph 4 of Plaintiff's First Amendment to Complaint and therefore, can neither admit nor deny the same.

5.

In response to paragraph 5 of Plaintiff's First Amendment to Complaint, Defendant ECMC reaffirms and reasserts its original Answer to Complaint as if set forth fully herein.

This 15th day of January, 2009.

                Jones, Cork & Miller

By:    /s/ Thomas W. Joyce
THOMAS W. JOYCE, GA Bar No. 405527
435 Second Street
Macon, GA 31208
(478)745-2821 (phone)
(478)743-9609 (facsimile)
*Attorneys for Educational Credit Management Corporation*

OF COUNSEL:

Kelly Prettner
Educational Credit Management Corporation
P.O. Box 64909
St. Paul, MN 55164-0909
(651)325-3223

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| In Re: : | |
| : | Case No. 08-21722 |
| WALTER GEORGE UHLMAN : | |
| and SANDRA LYNN UHLMAN, : | |
| : | |
| Debtors. : | |
| : | |
| WALTER GEORGE UHLMAN : | |
| and SANDRA LYNN UHLMAN, : | |
| : | Adv. Case No. 08-02069 |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| U.S. DEPARTMENT OF ED; : | |
| WELLS FARGO; MOHELA; : | |
| AES/NCT REINSURANCE DEPT : | |
| SALLIE MAE; EDUCATIONAL CREDIT : | |
| MANAGEMENT CORPORATION, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Thomas W. Joyce, hereby certify that I have this 15th day of January, 2009, served via regular mail a true and correct copy of Educational Credit Management Corporation's Answer to Plaintiff's First Amendment to Complaint, addressed as follows:

Bob J. Phillips, Esq.              Walter George Uhlman
327 Dahlonega St., Suite 104       Sandra Lynn Uhlman
Cumming, GA  30040                 6220 Weldon Drive
                                   Cumming, GA  30040

This 15th day of January, 2009.

JONES, CORK & MILLER, LLP          /s/ Thomas W. Joyce
435 Second Street                  THOMAS W. JOYCE
P. O. Box 6437
Macon, GA 31208-6437
(478) 745-2821 (phone)
(478)743-9609 (facsimile)