IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| WALTER GEORGE UHLMAN,<br>　　Debtor, | )<br>)<br>) | Chapter 7<br>Case #: 08-21722 |
| SANDRA LYNN UHLMAN,<br>　　Debtor, | )<br>)<br>) | |
| v. | )<br>)<br>) | ADVERSARY<br>PROCEEDING<br>NO. 08-02069 |
| U.S. DEPT OF EDUCATION, | )<br>)<br>) | |
| WELLS FARGO, | )<br>) | |
| AES/NCT REINSURANCE DEPT | )<br>) | |
| MOHELA, | )<br>) | |
| SALLIE MAE, | )<br>) | |
| 　　Defendants. | ) | |

## DEBTOR'S WITHDRAWAL WITHOUT PREJUDICE OF COMPLAINT FOR HARDSHIP DISCHARGE OF STUDENT LOANS

NOW COMES Plaintiff (Debtor), Sandra Lynn Uhlman by and through her legal counsel, Bob Phillips, who respectfully files this withdrawal of her adversary complaint without prejudice and shows as follows:

1.

That this case began as a joint Chapter 7 petition filed on June 30, 2008.

2.

That this complaint for hardship discharge was filed on September 21, 2008 and amended on December 29, 2008.

3.

That Walter George Uhlman died on October 28, 2008 and no longer a party to this proceeding.

4.

That debtor is seeking a repayment agreement with the creditors for her student loans which she can repay and will not create a hardship to her. The repayment schedule is advantageous to Plaintiff and Defendant and Plaintiff (Debtor) herewith withdraws the pending adversarial complaint without prejudice.

WHEREFORE, Plaintiff prays,

1. For the filing of this withdrawal of Debtor(s) Complaint,
2. For this Honorable Court to allow Plaintiff to withdraw the complaint,
3. For any other relief this court deems just.

Respectfully submitted this 5th day of March 2008.


/s/ Bob Phillips
Bob J. Phillips
Attorney for Debtor(s)

B. Phillips & Associates PC
327 Dahlonega St., Ste 104
Cumming, Georgia  30040
770-205-1922

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the below interested parties in the foregoing matter with copy of the within Withdrawal of Complaint for Hardship Discharge of Student Loans by depositing said copy in the United States Mail in a properly addressed envelope with adequate postage thereon as follows:

(A) US Department of Education
P.O. Box 4609
Utica, NY 13504

(B) US Department of Education
Attn: Borrowers Service Department
P.O. Box 5609
Greenville, TX 75403

(C) US Department of Education
Attn: Borrowers Service Department
P.O. Box 5609
Greenville, TX 75403

(D) US Department of Education
Attn: Borrowers Service Department
P.O. Box 5609
Greenville, TX 75403

(E) US Dept of Education
Attn: Borrowers Service Department
P.O. Box 5609
Greenville, TX 75403

(F) Wells Fargo
Attn: Collection Servicing
1st Floor, M, 1 Home Campus
Des Moines, IA 50328

(G) Aes/nct Reinsurance Department Bankruptcy
Unit 120 N 7th
St Harrisburg, PA 107102

(H) Mohela
633 Spirit Drive
Chesterfield, MO 63005

(I) Sallie Mae 3rd Pty Lsc
Attn: Claims Department
P.O. Box 9400
Wilkes Barre, PA 18773

(J) Sallie Mae 3rd Pty, Lsc
Attn: Claims Department
P.O. Box 9400
Wilkes Barre, PA 18773
Balance owed $160.00

(k) Thomas W. Joyce, Esq.
435 Second Street
Macon, Georgia 31208

(l) Sally B. Molloy
Assistant United States Attorney, Civil Division
Northern District of Georgia
Richard B. Russell Federal Building
75 Spring St., S.W.
Atlanta, GA 30303

This the 5th day of March, 2009.

/s/ Bob Phillips
Bob J. Phillips
Attorney for Plaintiff
Georgia Bar No 576702

B. Phillips & Associates PC
327 Dahlonega St
Suite 104
Cumming, GA 30040
770-205-1922